No. 74–676.  ESTELLE, CORRECTIONS DIRECTOR *v.* WILLIAMS.  C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* and certiorari granted.

No. 73–1398.  LEICHMAN *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 73–1799.  LAWSON *v.* EDWARDS, CORRECTIONAL SUPERINTENDENT, ET AL.; and

No. 73–1800.  QUICK *v.* HARRIS, SHERIFF.  Sup. Ct. Va.  Certiorari denied.  Reported below: No. 73–1800, 214 Va. 632, 202 S. E. 2d 869.

No. 73–2065.  CONCORDIA PARISH SCHOOL BOARD *v.* DAVIS.  C. A. 5th Cir.  Certiorari denied.

No. 73–6151.  BUTLER *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 73–6317.  DAVIS *v.* LOUISIANA.  Sup. Ct. La.  Certiorari denied.

No. 73–6849.  CAIZZA *v.* CAIZZA.  Sup. Ct. Fla.  Certiorari denied.

No. 74–190.  MARSHALL ET AL. *v.* GAVIN ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 74–272.  SEMINOLE NATION OF OKLAHOMA *v.* UNITED STATES.  Ct. Cl.  Certiorari denied.

No. 74–289.  HALE HOSPITAL ET AL. *v.* DOE ET AL.  C. A. 1st Cir.  Certiorari denied.